Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−23857−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luke M Humphrey                                              Meghan L Humphrey
   aka Luke M Humphrey Jr.                              aka Meghan L Hahn
   12 Ogden Avenue                                               12 Ogden Avenue
   Collingswood, NJ 08108                           Collingswood, NJ 08108

Social Security No.:
   xxx−xx−1239                                                     xxx−xx−4406

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 18, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2018
JAN: cmf

                                                                                           Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Luke M Humphrey, Jr.
Meghan L Humphrey
    Debtors

Case No. 18-23857-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3     Date Rcvd: Oct 18, 2018
                       Form ID: 148    Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.

```
db/jdb         +Luke M Humphrey,    Meghan L Humphrey,    12 Ogden Avenue,    Collingswood, NJ 08108-2017
cr              State of New Jersey,    Dept of Human Services,    PO Box 716,    Trenton, NJ 08625-0716
517638191       Bureaus Investment Group Portfolio NO 15,    c/o Asset Recovery Solutions, LLC,
                 2200 E. Devon Avenue,    Suite 200,    Des Plaines, IL 60018-4501
517756569      +CAMDEN COUNTY MUA,    1645 FERRY AVE.,    CAMDEN NJ 08104-1311
517638194      +CCMUA,    Po Box 1105,    Bellmawr, NJ 08099-5105
517638193      +Capital One, N.A,    c/o The Bueaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
517638197      +City of Collingswood,    678 Haddon Avenue,    Collingswood, NJ 08108-3700
517707937      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department PO Box 24605,    West Palm Beach, FL 33416-4605
517638200      +DelDOT,    Electronic Red Light Safety Program,    PO Box 1783,    Baltimore, MD 21203-1783
517703681      +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517638201      +Diagnostic Pathology Consultants,    c/o Rickart Collection Systems, Inc.,    575 Milltown Road,
                 PO BOX 7242,    North Brunswick, NJ 08902-7242
517638202      +Emerg Phy Assoc of S Jersey PC,    c/o Account Resolution Service,    1643 Harrison Pkwy  Ste 100,
                 Fort Lauderdale, FL 33323-2857
517638195     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: CCS/First Savings Bank,    500 E. 60th Street N.,
                 Sioux Falls, SD 57104)
517638206      +Good Shepherd Regional Catholic School,    c/o Facts Management Company,    PO Box 82527,
                 Lincoln, NE 68501-2527
517708143      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517638209       Jennifer Ruttemach,    c/o Camden County Probation Department,    1112 Union Avenue,
                 Cherry Hill, NJ 08002
517638211      +LVNV Funding, LLC,    c/o Faloni & Associates, LLC,    165 Passaic Ave,    Suite 301B,
                 Fairfield, NJ 07004-3592
517638212       Mariner Finance,    814 White Horse Pike,    Oaklyn, NJ 08107-1266
517638214      +OCWEN Loan Servicing,    c/o RAS Citron, LLC,    130 CLinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517638215       Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
517638216       Physician Billing - PB Chop,    PO Box 788017,    Philadelphia, PA 19178-8017
517770874     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517638219       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517640950      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517638221       Virtua Health,    PO Box 71451,    Philadelphia, PA 19176-1451
517638222       Virtua Hospital,    100 Bowman Drive,    Mount Holly, NJ 08060
517638223       Virtua Medical Group,    c/o Apex Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:59    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517723592       EDI: RESURGENT.COM Oct 19 2018 03:23:00    Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517691963      +EDI: PRA.COM Oct 19 2018 03:23:00    Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517638192      +EDI: PRA.COM Oct 19 2018 03:23:00    Capital One Bank USA,    c/o Portfolio Recovery,
                 120 Corporate Blvd,    Norfolk, VA 23502-4952
517638196       EDI: CONVERGENT.COM Oct 19 2018 03:23:00    Citizen's Bank N.A,
                 c/o Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
517638198      +E-mail/Text: bankruptcy@philapark.org Oct 18 2018 23:52:41    City of Philadelphia,
                 Parking Violations Branch,    c/o LCD Collection Systems,    PO Box 41818,
                 Philadelphia, PA 19101-1818
517638199      +EDI: RESURGENT.COM Oct 19 2018 03:23:00    Credit One Bank,    c/o LVNV Funding LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
517638203      +EDI: JEFFERSONCAP.COM Oct 19 2018 03:23:00    Express,    c/o Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303-2198
517638204       EDI: AMINFOFP.COM Oct 19 2018 03:23:00    First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
517638205      +E-mail/Text: jennifer.macedo@gatewayonelending.com Oct 18 2018 23:51:12
                 Gateway One Lending & Finance,    160 N. Riverview Drive,    Suite 100,    Anaheim, CA 92808-2293
517638207      +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 18 2018 23:52:33    Harley Davidson Credit,
                 PO BOX 21829,    Carson City, NV 89721-1829
517638208       EDI: IRS.COM Oct 19 2018 03:23:00    IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Oct 18, 2018
                              Form ID: 148             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517731822      EDI: JEFFERSONCAP.COM Oct 19 2018 03:23:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517723387      EDI: RESURGENT.COM Oct 19 2018 03:23:00      LVNV Funding,    c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
517638210     +EDI: RMCB.COM Oct 19 2018 03:23:00      Laboratory Corp of America,    c/o RCMB,    PO BOX 1235,
                 Elmsford, NY 10523-0935
517706310      EDI: MERRICKBANK.COM Oct 19 2018 03:23:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517638213     +EDI: MERRICKBANK.COM Oct 19 2018 03:23:00      Merrick Bank Corp.,    PO BOX 9201,
                 Old Bethpage, NY 11804-9001
517758721      EDI: PRA.COM Oct 19 2018 03:23:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541
517728607     +EDI: JEFFERSONCAP.COM Oct 19 2018 03:23:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517638217     +E-mail/Text: bankruptcy@savit.com Oct 18 2018 23:52:47      Red Bank Veterinary Hospital,
                 c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
517679094     +EDI: DRIV.COM Oct 19 2018 03:23:00      SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,
                 DALLAS, TX 75356-0284
517681140     +EDI: DRIV.COM Oct 19 2018 03:23:00      Santander Consumer USA Inc.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
517638218      EDI: PHINHARRIS Oct 19 2018 03:24:00      State of Maryland, CCU,    c/o Harris & Harris, LTD,
                 111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
517638220     +EDI: JEFFERSONCAP.COM Oct 19 2018 03:23:00      Victoria's Secret,
                 c/o Jefferson Capital System,    16 McLeland Road,    Saint Cloud, MN 56303-2198
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
cr*          +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
517704306*   +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517758723*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,
               C/O Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541)
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Luke M Humphrey jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric  Clayman    on behalf of Joint Debtor Meghan L Humphrey jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Oct 18, 2018
                              Form ID: 148             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 8