Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–23857–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luke M Humphrey
aka Luke M Humphrey Jr.
12 Ogden Avenue
Collingswood, NJ 08108

Meghan L Humphrey
aka Meghan L Hahn
12 Ogden Avenue
Collingswood, NJ 08108

Social Security No.:
xxx–xx–1239                                    xxx–xx–4406

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 4, 2019</u>         <u>Jerrold N. Poslusny Jr.</u>
                                    Judge, United States Bankruptcy Court